IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Collins, Meresha A

Printed: 11/25/08

Case Number: 08 B 18747
Judge: Wedoff, Eugene R
Filed: 7/22/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 378.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 353.05 |
| Trustee Fee: |  | 24.95 |
| Other Funds: |  | 0.00 |
| Totals: | 378.00 | 378.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 353.05 |
| 2. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 3. | United States Dept of HUD | Secured | 0.00 | 0.00 |
| 4. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 7,201.00 | 0.00 |
| 6. | Spirit Of America Nat'l Ban | Unsecured | 333.13 | 0.00 |
| 7. | Ford Motor Credit Corporation | Unsecured | 20.89 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 66.58 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 630.89 | 0.00 |
| 10. | HSBC Mortgage Services | Unsecured | 37,115.14 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 12. | AFNI | Unsecured |  | No Claim Filed |
| 13. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | CitiMortgage Inc | Unsecured |  | No Claim Filed |
| 17. | Community State Bank | Unsecured |  | No Claim Filed |
| 18. | Debt Credit Service | Unsecured |  | No Claim Filed |
| 19. | National City Mortgage Co | Unsecured |  | No Claim Filed |
| 20. | MRSI | Unsecured |  | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 22. | ACS | Unsecured |  | No Claim Filed |
| 23. | Newport News | Unsecured |  | No Claim Filed |
| 24. | Medical Data Systems I | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,841.63 | $ 353.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Collins, Meresha A

Printed: 11/25/08

Case Number:  08 B 18747
Judge:  Wedoff, Eugene R
Filed:  7/22/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 24.95 |
|  | $ 24.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

